Margaret Feldman, Respondent, v. United States Steel Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.